# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| EDWARD TAYLOR, | : |
| Plaintiff | : |
| v. | : 5:06-CV-251 (WDO) |
| TIMOTHY JONES, et al., | : |
| Defendants | : |

## ORDER

Having carefully considered the Magistrate Judge's Report and Recommendation to deny Plaintiff's request for a preliminary injunction, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. Plaintiff's Motion for Preliminary Injunction is DENIED.

SO ORDERED this 27th day of March, 2007.


S/
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**