IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EDWARD TAYLOR,

                    Plaintiff
        VS.

TIMOTHY JONES, *et al.*,

                    Defendants

NO.  5:06-CV-251 (WDO)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

# O R D E R

Plaintiff EDWARD TAYLOR herein has filed a Motion to Compel Discovery from the defendants. Tab #36.  Plaintiff's motion comes some four months after the period for discovery in this case concluded *(see* Tab #5) and more than a month after the defendants filed motions for summary judgment (Tabs #28 and #30).  Moreover, the plaintiff has failed to provide the court with any indication that he had attempted to obtain the requested discovery without court assistance as is required by Local Rule 37.

Accordingly, plaintiff's Motion to Compel (Tab #37) is **DENIED**.

SO ORDERED this 30th day of MAY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE